**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **XINGSHAO LI,** | |
| Plaintiff, | |
| v. | Civil Action No.: 26-cv-95 |
| | Honorable Judge Matthew F. Kennelly |
| **THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

**SUPPLEMENT TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF PERSONAL JURISDICTION**

Plaintiff Xingshao Li ("Plaintiff"), by and through his counsel, submits this Supplement to Plaintiff's Memorandum in Support of Personal Jurisdiction over the Individuals, Partnerships, and Unincorporated Associations identified on Schedule A to the Amended Complaint ("Defendants") pursuant to this Court's Order [15].

**I.    CERTAIN DEFENDANTS' CONFIRMED SALES**

In this instance, many Defendants have consummated their affirmative offer for sale by completing sales to residents in the U.S., specifically to consumers in Illinois. As seen in **Exhibit A** hereto, six test purchases were made by Plaintiff, where these certain Defendants sold and shipped the Infringing Product to an Illinois address. These certain Defendants include: Def. No. 34 (WYBG); Def. No. 12 (HKNMTT); Def. No. 23 (SIDOSIR); Def. No. 20 (ROMINVIC); Def. No. 19 (Puyeipt); and Def. No. 11 (Hewomate).

1

Here, at a minimum, Plaintiff respectfully submits that those certain Defendants whom Plaintiff made test purchases from are subject to personal jurisdiction in this forum. As such, at a minimum, Plaintiff respectfully requests that these certain Defendants not be dismissed from this Lawsuit.

DATED February 4, 2026       Respectfully submitted,

             /s/ Ge (Linda) Lei
             Ge (Linda) Lei
             Getech Law LLC
             203 N. LaSalle St., Suite 2100,
             Chicago, IL 60601
             Attorney No. 6313341
             Linda.lei@getechlaw.com
             312-888-6633

             *ATTORNEY FOR PLAINTIFF*