1/6/26, 6:30 PM                                   Order Details

# Order Summary

Order placed November 3, 2025 | Order # 112-3369842-1098629

**Ship to**



IL

United States

**Payment method**

Visa ending in ▧

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $35.25 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $35.25 |
| Estimated tax to be collected: | $2.99 |
| **Grand Total:** | **$38.24** |

**Delivered November 4**

Package was left in a secure location



2 Pack Chocolate block Silicone Molds, Silicone Molds for Chocolate, Cake, Candy, Pudding,Fondant, Baking Mold, Soap Molds for Soap Making, 10 Cavities

Sold by: WYBG

Return or replace items: Eligible through January 31, 2026

$5.99

HKNMTT Chocolate Bar Molds Silicone, Large Stuffed Dubai Pistachio Deep Bar Moulds Kit 1 Inch Thick Big Pack of 2, Ideal for Homemade Making Bar Candy Bar BPA Free DI

Sold by: HKNMTT

Return or replace items: Eligible through January 31, 2026

$9.99



Sidosir 2Pcs Huge Dubai Chocolate Silicone Molds, Deep Chocolate Molds for Stuffed Bar Filling Knafeh Pistachio Chocolate Bar with Scroper

Sold by: SIDOSIR

Return or replace items: Eligible through January 31, 2026

$6.99

**Delivered November 4**

Package was left in a secure location



ROMINVIC Dubai Chocolate Mold 2 Pack,0.79 Inch Deep Large and Thick Silicone Chocolate Bar Molds for Stuffed Bar,Big Chocolate Candy Bar Mold for Filling Knafeh Pistachio Kit

Sold by: ROMINVIC

Return or replace items: Eligible through January 31, 2026

$6.29

Puyeipt 2 Pcs Large Dubai Chocolate Bar Molds, 0.8 Inch Deep Silicone Stuffed Chocolate Bar Molds, Big and Thick Candy Bar Moulds for Filling Homemade Knafeh Pistachio Bars

Sold by: Puyeipt

Return or replace items: Eligible through January 31, 2026

$5.99

Back to top



Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

1/6/26, 6:28 PM                                    Order Details



## Order Summary

Order placed November 3, 2025    Order # 112-7323422-4297850

**Ship to**

United States

**Payment method**

Visa  ending in XX

View related transactions

**Order Summary**

| Item(s) Subtotal: | $6.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $6.99 |
| Estimated tax to be collected: | $0.72 |
| **Grand Total:** | **$7.71** |

**Picked up on November 5**

Hewomate Dubai Chocolate Bar Mold, 2 Pack Deep With 1 Scraper, 1 Inch Deep for Fitting Dubai Knafeh Pistachio, Green & Yellow

Sold by: Hewomate

Return or replace items: Eligible through January 31, 2026

$6.99



Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates