**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **XINGSHAO LI,** | |
| Plaintiff, | Civil Action No.: 26-cv-95 |
| v. | Honorable Judge Matthew F. Kennelly |
| **THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Xingshao Li ("Plaintiff"), through its counsel, moves this Honorable Court to enter Default and to grant Default Judgment against the Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A to Plaintiff's Amended Complaint ("Defendants"), who have failed to respond or otherwise plead or have not been dismissed ("Defaulting Defendants"). In support of this Motion, Plaintiff submits the accompanying Memorandum.

DATED April 10, 2026

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*

1