**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **XINGSHAO LI,**<br><br>Plaintiff,<br><br>v.<br><br>**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**<br><br>Defendants. | Civil Action No.: 26-cv-95<br><br>Honorable Judge Matthew F. Kennelly<br><br>Magistrate Judge Jeffrey T. Gilbert |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2026, Defaulting Defendants were served via email at the email address(es) provided by the third party with the following notice:

"PLEASE TAKE NOTICE that Plaintiff, by their counsel, have filed Plaintiff's Motion for Entry of Default and Default Judgment against Defaulting Defendants.

Please be advised that the Court may consider Plaintiff's Motion unopposed and rule on the papers at any time.

Copies of the relevant documents are attached hereto."

I further certify that on April 10, 2026, true and correct copies of Plaintiff's Motion for Entry of Default and Default Judgment (ECF 23) and Plaintiff's Memorandum in support of Plaintiff's Motion for Entry of Default and Default Judgment and accompanying document (ECF 24) were served upon Defaulting Defendants via email at the email address(es) provided by the third party.

DATED: April 10, 2026                     Respectfully submitted,

1

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*

2